**Fill in this information to identify your case:**

Debtor 1 _____
First Name                    Middle Name                    Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name                    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- |
| **Employment status** | ☐ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____ Number  Street | _____ Number  Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____ City        State   ZIP Code | _____ City        State   ZIP Code |
| **How long employed there?** | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- |
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. 2. | $_____ | $_____ |
| 3. **Estimate and list monthly overtime pay.** 3. | + $_____ | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. 4. | $_____ | $_____ |

Debtor 1 _____   Case number (*if known*)_____
        First Name      Middle Name        Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................ ➔ | 4. | $_____ | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | **+** $_____ | **+** $_____ |
| 6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $_____ | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____ | $_____ |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____ | $_____ |
| 8b. **Interest and dividends** | 8b. | $_____ | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. **Unemployment compensation** | 8d. | $_____ | $_____ |
| 8e. **Social Security** | 8e. | $_____ | $_____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $_____ | $_____ |
| 8g. **Pension or retirement income** | 8g. | $_____ | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | **+** $_____ | **+** $_____ |
| 9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $_____ | $_____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $_____ **+** | $_____ **=** $_____ |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. **+** $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12. $_____

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
❏ No.
❏ Yes. Explain:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

Debtor 1: **Joseph Augustus Barnes**          Case No.   **19-00772-ELG**

**Chapter 7**

**Schedule I:  Line 8a:**   Net Income from operating businesses:        Year-To-Date Income and Expenses 2020        **MONTHLY: $1,164.00**

These totals are being supplied from what current bank statements and receipts I can count as of this submission.

| **UBER DRIVER** | Worked in this position since approx. 2014 | | | | | | | | Income |
|---|---|---|---|---|---|---|---|---|---|
| INCOME: | January | February | March | April | May | June | July | August | INCOME TOTALS: |
| | $1,217.12 | $6.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,223.62 |
| EXPENSES: | | | | | | | | | |
| Uber Expenses/Fees: | $431.03 | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Work phone fees | $88.00 | $88.00 | $88.00 | $88.00 | $88.00 | $88.00 | $88.00 | $88.00 | |
| Water, snacks for riders | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Estimated gas | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Cleaning, supplies | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | | | | | | | | | EXPENSE TOTALS: |
| TOTALS: | $629.03 | $88.50 | $88.00 | $88.00 | $88.00 | $88.00 | $88.00 | $88.00 | $1,245.53 |

| | | | |
|---|---|---|---|
| Year-to-Date Uber Average Monthly Income: | 152.95 | Profit/Loss: | -21.91 |
| Year-to-Date Uber Average Monthly Expenses: | 155.69 | | |
| **Year-to-Date Uber Monthly Income/Loss:** | **-2.74  Loss per month** | | |

**TAX PREPARER**    Worked in this position since 1992.

| INCOME: | January | February | March | April | May | June | July | August | INCOME TOTALS: |
|---|---|---|---|---|---|---|---|---|---|
| | $1,533.25 | $7,938.46 | $8,357.03 | $2,270.05 | $1,940.01 | $1,160.02 | $2,865.02 | $250.00 | $26,313.84 |

EXPENSES:

| | January | February | March | April | May | June | July | August | |
|---|---|---|---|---|---|---|---|---|---|
| Business phone line: | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $200.00 |
| Cleaning supplies | see end total in interest of time | | | | | | | | $100.00 |
| Advertising | see end total in interest of time | | | | | | | | $220.00 |
| Labor (DC $15 hr) | $600.00 | $2,400.00 | $2,400.00 | $1,900.00 | $0.00 | $300.00 | $500.00 | $100.00 | $8,200.00 |
| Office supplies | see end total in interest of time | | | | | | | | $830.00 |
| Software | see end total in interest of time | | | | | | | | $1,900.00 |
| Govt fees | see end total in interest of time | | | | | | | | $200.00 |
| RCN | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $74.00 | $592.00 |
| Estimated Taxes Due: | $276.00 | $1,429.00 | $1,504.00 | $409.00 | $349.00 | $209.00 | $516.00 | $45.00 | $4,737.00 |

(Fed 11% State 7%)

Other expenses to be determined by the end of January 2021 or tax filing because of deadlines:    draft Expense Totals:    $16,979.00

| | |
|---|---|
| Year-to-Date draft of income: | $3,289.00 |
| Year-to-Date draft of expenses: | $2,122.00 |
| **Year-to-Date MONTHLY income/loss:** | **$1,167.00** |

**UBER MONTHLY:**    -$2.74
**Tax Preparer Monthly $1,167.00**        **TOTAL MONTHLY EST line 8a:**        **$1,164.00**

STATEMENT REGARDING PAYMENT ADVICES:

I am Self-Employed. There are no employers and no payment advices from employers.

ADDRESS:        4432 Foote Street, NE
                Washington, DC  20019

**Fill in this information to identify your case:**

Debtor 1 _____
            First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
 (If known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ❑ No.  Go to line 2.
   ❑ Yes. **Does Debtor 2 live in a separate household?**

       ❑ No
       ❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ❑ No
   ❑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ❑ No ❑ Yes |
| _____ | _____ | ❑ No ❑ Yes |
| _____ | _____ | ❑ No ❑ Yes |
| _____ | _____ | ❑ No ❑ Yes |
| _____ | _____ | ❑ No ❑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ❑ No
   ❑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $_____ |
| **If not included in line 4:** | | |
| 4a.   Real estate taxes | 4a. | $_____ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $_____ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $_____ |
| 4d.   Homeowner's association or condominium dues | 4d. | $_____ |

Debtor 1 _____       Case number (*if known*)_____
         First Name        Middle Name        Last Name

|  | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $_____

6. **Utilities:**

   6a.  Electricity, heat, natural gas    6a.    $_____

   6b.  Water, sewer, garbage collection    6b.    $_____

   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____

   6d.  Other. Specify: _____    6d.    $_____

7. **Food and housekeeping supplies**    7.    $_____

8. **Childcare and children's education costs**    8.    $_____

9. **Clothing, laundry, and dry cleaning**    9.    $_____

10. **Personal care products and services**    10.    $_____

11. **Medical and dental expenses**    11.    $_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____

14. **Charitable contributions and religious donations**    14.    $_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance    15a.    $_____

   15b.  Health insurance    15b.    $_____

   15c.  Vehicle insurance    15c.    $_____

   15d.  Other insurance. Specify:_____    15d.    $_____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $_____

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1    17a.    $_____

   17b.  Car payments for Vehicle 2    17b.    $_____

   17c.  Other. Specify:_____    17c.    $_____

   17d.  Other. Specify:_____    17d.    $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property    20a.    $_____

   20b.  Real estate taxes    20b.    $_____

   20c.  Property, homeowner's, or renter's insurance    20c.    $_____

   20d.  Maintenance, repair, and upkeep expenses    20d.    $_____

   20e.  Homeowner's association or condominium dues    20e.    $_____

Debtor 1 _____     Case number (*if known*)_____
　　　　　First Name　　　Middle Name　　　Last Name

21.  **Other**. Specify: _____     21.  **+**$_____

22.  **Calculate your monthly expenses.**

　　22a. Add lines 4 through 21.　　　　　　　　　　　　　　　　　　　　　　　　22a.　$_____

　　22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2　22b.　$_____

　　22c. Add line 22a and 22b. The result is your monthly expenses.　　　　　　　22c.　$_____

23.  **Calculate your monthly net income.**

　　23a.　Copy line 12 (*your combined monthly income*) from *Schedule I.*　　　23a.　$_____

　　23b.　Copy your monthly expenses from line 22c above.　　　　　　　　　　23b.　**–** $_____

　　23c.　Subtract your monthly expenses from your monthly income.
　　　　　The result is your *monthly net income*.　　　　　　　　　　　　　23c.　$_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

　　For example, do you expect to finish paying for your car loan within the year or do you expect your
　　mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

　　❑ No.
　　❑ Yes.　　Explain here: